# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| BELLAGIO, LLC,<br>   Appellant/Cross-Respondent,<br>vs.<br>PATRICIA CERVANTES-NERIA,<br>   Respondent/Cross-Appellant. | No. 78417 |

**FILED**

AUG 1 9 2020

ELIZABETH A BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL AND CROSS-APPEAL*

Pursuant to the stipulation of the parties, this appeal and cross-appeal are dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Ronald J. Israel, District Judge
  Persi Mishel, Settlement Judge
  Ryan E. Johnson
  Troy E. Peyton
  William T. Martin
  Cottle Law Firm
  Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

20-30562